UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/10
```

TRUSTEES OF THE OPERATIVE
PLASTERERS' AND CEMENT MASONS'
INTERNATIONAL ASSOCIATION,
LOCAL 262 WELFARE FUND, ANNUITY
FUND, PENSION FUND, AND
APPRENTICESHIP TRAINING FUNDS, *et al.*,

Plaintiffs,

-v-

MIMOSA INTERNATIONAL, LTD.,

Defendant.

No. 10 Civ. 2168 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On April 19, 2010, the Court received a stipulation in which the parties jointly requested that Defendant's deadline to answer or otherwise respond to the complaint be adjourned until May 13, 2010. Also on April 19, however, Defendant filed its answer. As such, the Court will consider the request for an extension to be moot. The deadlines set forth in the Court's April 7, 2010 Order therefore remain in effect.

SO ORDERED.

DATED:   April 20, 2010
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE